IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GORDON WILLIAM THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE FREESTONE et al.,<br><br>Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:13-CV-365 DAK<br><br>District Judge Dale A. Kimball |

Plaintiff, inmate Gordon William Thomas, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2014), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated January 15, 2014, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has yet to amend his complaint. In fact, the Court has not heard from him at all since February 21, 2014, when he filed a notice of appeal regarding the Court's earlier Order. The appeal was summarily dismissed, because this Court has never issued a final order. No. 14-4022 (10th Cir. March 20, 2014).

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 19th day of June, 2014.

BY THE COURT:

_____
JUDGE DALE A. KIMBALL
United States District Court